HENRY C. STALEY v. THE CHICAGO, KANSAS & WESTERN RAILWAY COMPANY *et al.* No. 12,221. (65 Pac. 643.) Error from Butler district court. Opinion filed July 6, 1901. Division one. *Dismissed.* G. P. Aikman, for plaintiff in error. A. A. Hurd, and Redden & Kramer, for defendants in error.

THE CITY OF COLUMBUS, KAN., v. SAMUEL NEISE. No. 12,350. (65 Pac. 643.) Error from Cherokee district court. Opinion filed July 6, 1901. Division two. *Affirmed.* Ira Heaton, and W. R. Cowley, for plaintiff in error. Blue & Glasse, for defendant in error.

JOHN BALDWIN *et al.* v. OHIO TOWNSHIP *et al.* No. 12,351. (65 Pac. 700.) Error from Franklin district court. Opinion filed July 6, 1901. Division two. *Reversed.* Gamble & Costigan, for plaintiffs in error. Deford & Deford, for defendants in error.

CHARLES P. BENNETT v. D. S. CHURCH *et al.* No. 12,354. (65 Pac. 642.) Error from Franklin district court. Opinion filed July 6, 1901. Division two. *Affirmed.* Deford & Deford, for plaintiff in error. A. W. Benson, and W. S. Jenks, for defendants in error.

CHARLES M. GILMORE AND WILLIAM A. BRITTE v. WILLIAM CARLISLE *et al.* No. 12,355. (65 Pac. 640.) Error from Osage district court. Opinion filed July 6, 1901. Division two. *Affirmed.* P. E. Gregory, Robert C. Heizer, and Pleasant & Pleasant, for plaintiffs in error. Tufts & Crowell, for defendants in error.

JOSEPH T. RENO *et al.* v. THE CITY OF IOLA. No. 12,356. (65 Pac. 678.) Error from Allen district court. Opinion filed July 6, 1901. Division two. *Affirmed.* Oscar Foust & Son, and Barter D. McClain, for plaintiffs in error. Travis Morse, for defendant in error.

HENRY BURNS v. P. H. MARTIN. No. 12,359. (65 Pac. 1114.) Error from Chautauqua district court. Opinion filed July 6, 1901. Division two. *Dismissed.* Nichols & Brooks, and T. J. Hudson, for plaintiff in error. Fitzpatrick & Shukers, for defendant in error.

JAMES A. BORIN v. WILLIAM JOHNSON. No. 12,361. (65 Pac. 640.) Error from Osage district court. Opinion filed July 6, 1901. Division two. *Affirmed.* Waters & Waters, for plaintiff in error. Chas. S. Briggs, and Robert C. Heizer, for defendant in error.

THE NEOSHO VALLEY INVESTMENT COMPANY *et al.* v. PATTIE D. HULME. No. 12,362. (65 Pac. 1117.) Error from Montgomery district court. Opinion filed July 6, 1901. Division two. *Affirmed.* A. D. Neale, for plaintiffs in error. Nelson Case, for defendant in error.

THE NEOSHO VALLEY INVESTMENT COMPANY *et al.* v. ALFRED SHARPLESS. No. 12,363. (65 Pac. 667.) Error from Montgomery district court. Opinion filed July 6, 1901. Division two. *Affirmed.* A. D. Neale, for plaintiffs in error. Nelson Case for defendant in error.